La Salle National Bank, as Trustee Under Trust No. 17851, Appellee, v. Alva Wilson, Appellant.

**Gen. No. 46,787. (Abstract of Decision.)**

First District, Second Division.
May 29, 1956.
Released for publication June 19, 1956.

Arthur J. Bernstein, for appellant; Brown, Brown, Cyrus & Greene, for appellee; A. Donald Bourgeois, of counsel. Opinion by JUDGE ROBSON. Not to be published in full.